IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 16-PDB-004

NO. 2016-OB-1187

Supreme Court of Louisiana.

October 10, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-004

⌐Leave to appeal denied.

STATE of Louisiana

v.

Darryl WATSON

NO. 2016-KK-1815

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 516-673; to the Court of Appeal, Fourth Circuit, No. 2016-K-0868

⌐Stay denied. Writ denied.

STATE of Louisiana

v.

Cory KRONENBERGER

NO. 2016-KK-1793

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. D, Nos. 14-6805, 15-0181; to the Court of Appeal, Fifth Circuit, No. 16-K-480

⌐Denied.

STATE of Louisiana

v.

Darius SIAS

NO. 2015-OK-1596

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Iberia, 16th Judicial District Court Div. A, No. 008-CR-1835; to the Court of Appeal, Third Circuit, No. KW 15-00548; Not considered.

⌐Not timely filed. See Louisiana Supreme Court Rule X, § 5(d).

HUGHES, J., would grant.